STATE OF LOUISIANA      *      NO. 2023-KA-0771

VERSUS      *      COURT OF APPEAL

MICHAEL R. SHORTS, JR.      *      FOURTH CIRCUIT

     *      STATE OF LOUISIANA

     *

     *

* * * * * * *

DNA **ATKINS, J., CONCURS IN THE RESULT.**